UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-311-ML

PHILLIPS-VAN HEUSEN CORPORATION,
d/b/a "G.H. BASS & COMPANY",
Defendant.

## AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. On July 15, 2005, I mailed a summons and a copy of the complaint to defendant, PHILLIPS-VAN HEUSEN CORPORATION, d/b/a "G.H. BASS & COMPANY", by and through its Vice President, General Counsel, and Secretary, Mark D. Fischer, Esquire, 200 Madison Avenue, New York NY 10016, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that defendant's agent received the summons and copy of the complaint on July 18, 2005. The original return receipt is attached hereto.

Plaintiff,
By Its Attorney,

[signature]

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On
This 25th Day of July, 2005.

[signature] Thomas Chester
Notary Public
Thomas Chester, Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE, INC.

V.

PHILLIPS-VAN HEUSEN CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 311

TO: (Name and address of Defendant)

PHILLIPS-VAN HEUSEN CORPORATION., c/o Mark D. Fischer,
Vice President, General Counsel and Secretary,
200 MADISON AVENUE
NEW YORK, NEW YORK, 10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JULY 18, 2005

CLERK

DATE

Barbara Barletta

(BY) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL H. FELDHUHN
ATTORNEY AT LAW
56 PINE STREET
SUITE 200
PROVIDENCE, RHODE ISLAND 02903

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark D. Fischer, Esquire
Vice President, General Counsel & Secretary,
Phillips-Van Heusen Corp.
200 Madison Avenue
New York, New York 10016

2. Artic[le]
(Trans[...])

PS Form

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X D Harpe
☐ Agent
☐ Addressee

B. Received by (Printed Name)
D Harper

C. Date of Delivery
7/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2595-02-M-1540