UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.

vs. C.A. NO. 05-311ML

PHILLIPS-VAN HEUSEN CORPORATION

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
September 6 , 2005

Entered as an Order of this Court on September 8 , 2005.

Barbara Barletta
Deputy Clerk