RECEIVED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-311-ML

PHILLIPS-VAN HEUSEN CORPORATION,
d/b/a "G.H. BASS & COMPANY",
Defendant.

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

Plaintiff has made substantial progress towards settling this matter as part of the effort to settle the related case, C.A. No. 05-198-ML. A draft settlement agreement that would resolve both cases in their entirety is circulating among the defendants.

To allow that settlement effort to continue for one more week, plaintiff has consented to -- and respectfully asks the court to approve -- an enlargement of time, to and including **September 16, 2005**, for the defendant in this case to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: September 7, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Enter ~~APPROVED~~:

ENTER
~~WILLIAM E. SMITH~~
~~U.S. DISTRICT JUDGE~~
DATE

The Honorable ~~Mary M. Lisi~~ William E. Smith
United States District Judge

DATED: September 9, 2005

CERTIFICATION

On this 7th day of September, 2005, I mailed a copy of this to:

Mitchell C. Stein, Esquire
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 1-212-660-3042
FAX: 1-646-660-3001
ATTORNEY FOR DEFENDANT