UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v.

C.A. No. 2005-S

PHILLIPS-VAN HEUSEN CORPORATION,
d/b/a "G.H. BASS & COMPANY",
Defendant.

FILED SEP 15 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

A settlement agreement that would settle this case in its entirety (as well as the related case, C.A. No. 05-311-S) is circulating among the parties.

To allow the parties one more week to get the settlement agreement finalized and executed, plaintiff has consented to -- and respectfully asks the court to approve -- one further enlargement of time, to and including **September 23, 2005**, for the defendant in this case to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: September 15, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable William E. Smith
United States District Judge

DATED: September 16, 2005

CERTIFICATION

On this 15th day of September, 2005, I mailed a copy of this to:

Mitchell C. Stein, Esquire
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 1-212-660-3042
FAX: 1-646-660-3001
ATTORNEY FOR DEFENDANT