FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-311-S

PHILLIPS-VAN HEUSEN CORPORATION,
d/b/a "G.H. BASS & COMPANY",
Defendant.

**NOTICE OF DISMISSAL**

Pursuant to a settlement agreement between the parties, the above-entitled action may be dismissed with prejudice, no interest, no costs, no fees, to any party.

Plaintiff,
By Its Attorney,

DATE: September 21, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable William E. Smith
United States District Judge

DATED: September 22, 2005

CERTIFICATION

On this 21st day of September, 2005, I mailed a copy of this to:

Mitchell C. Stein, Esquire
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 1-212-660-3042
FAX: 1-646-660-3001
ATTORNEY FOR DEFENDANTS